UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:21CV81739

PREPARED FOOD PHOTOS, INC.,
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.

    Plaintiff,

v.

BETTER THAN A BISTRO, LLC and
TIMOTHY DOSSANTOS,

    Defendant.

_____/

## DEFENDANTS' ANSWER AND DEFENSES TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

The Defendants, BETTER THAN A BISTRO, LLC and TIMOTHY DOS SANTOS ("Defendants"), through the undersigned counsel, hereby file their Answer and Defenses to the Complaint filed by Plaintiff, PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC. ("Plaintiff"), and state as follows:

### PARTIES

1.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 1 and therefore denies these allegations.

2.    Denied; the Connecticut LLC known as Better Than a Bistro has been

dissolved. Five Star Foods, LLC, does business as Better Than a Bistro. Five Star Foods, LLC, is a Florida limited liability company with its principal place of business in Fort Myers, Florida.

3. Denied; Timothy Dos Santos resides in Lee County, Florida.

## JURISDICTION AND VENUE

4. Denied.

5. Denied.

6. Denied.

## FACTS

7. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7, and therefore denies these allegations.

8. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 8, and therefore denies these allegations.

9. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9, and therefore denies these allegations.

10. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10, and therefore denies these

allegations.

11. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11, and therefore denies these allegations.

## II. THE WORK AT ISSUE IN THIS LAWSUIT

12. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 12 and therefore denies these allegations.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13 and therefore denies these allegations.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14 and therefore denies these allegations.

## III. DEFENDANTS' UNLAWFUL ACTIVITIES

The Defendants deny the allegations in the caption of this section.

15. Defendants deny the allegations of paragraph 15.

16. Defendants deny the allegations of paragraph 16.

17. Defendants deny the allegations of paragraph 17.

18. Defendants deny the allegations of paragraph 18.

19. Defendants deny the allegations of paragraph 19.

20. Defendants deny the allegations of paragraph 20.

21. Defendants deny the allegations of paragraph 21.

22. Defendants deny the allegations of paragraph 22.

23. Defendants deny the allegations of paragraph 23.

24. Defendants deny the allegations of paragraph 24.

25. Defendants deny the allegations of paragraph 25.

26. Defendants deny the allegations of paragraph 26.

27. Defendants deny the allegations of paragraph 27.

## COUNT I – COPYRIGHT INFRINGEMENT
### (Better than a Bistro)

28. Defendants reallege and reaver all prior admissions and denials and further states:

29. Defendants deny the allegations of paragraph 29.

30. Defendants deny the allegations of paragraph 30.

31. Defendants deny the allegations of paragraph 31.

32. Defendants deny the allegations of paragraph 32.

33. Defendants deny the allegations of paragraph 33.

34. Defendants deny the allegations of paragraph 34.

35. Defendants deny the allegations of paragraph 35.

36. Defendants deny the allegations of paragraph 36.

37. Defendants admit that the language of 17 U.S.C. § 504(c) speaks for itself. Defendants deny the remaining allegations of paragraph 37.

38. Defendants deny the allegations of paragraph 38.

39. Defendants deny the allegations of paragraph 39.

## COUNT II – VICARIOUS COPYRIGHT INFRINGEMENT
### (Dos Santos)

40. Defendants repeat and incorporate their responses to paragraphs 1-39 above as if fully set forth herein.

41. Defendants deny the allegations of paragraph 41.

42. Defendants deny the allegations of paragraph 42.

43. Defendants deny the allegations of paragraph 43.

44. Defendants deny the allegations of paragraph 44.

Defendants reserve the right to amend their Answer to assert additional defenses, should any such defenses become evident from the facts discovered in the case.

## DEFENSES

### First Defense

Venue is improper in the Southern District. A Motion to Dismiss has been separately filed.

### Second Defense

Plaintiff's claims are barred, in whole or in part, under the doctrine of laches.

### Third Defense

If there is an infringement, the Defendants are innocent infringers.

### **PRAYER FOR RELIEF**

**WHEREFORE**, Defendants, BETTER THAN A BISTRO, LLC and TIMOTHY DOS SANTOS, request that this Court enter a judgment in their favor and against Plaintiff as follows:

A.  Plaintiff's Complaint is dismissed in its entirety with prejudice and that the Plaintiff takes nothing by its Complaint;

B.  Defendants have not infringed, and is not infringing, Plaintiff's mark; and

C.  Award Defendants such other and further relief as this Court deems just and proper.

### **JURY DEMAND**

Defendant hereby demands a trial by jury on all issues so triable.

Date: __November 19, 2021__        Respectfully submitted,

> /s/ Michael S. Rywant
> Michael S. Rywant, Esquire
> Florida Bar No.: 240354
> Primary email:    msrywant@rywantalvarez.com
> Secondary emails: cfernandez@rywantalvarez.com
>                   service@rywantalvarez.com
> Andrew F. Russo, Esquire
> Florida Bar No.: 508594
> Primary email:    arusso@rywantalvarez.com

Rywant, Alvarez, Jones, Russo & Guyton, P.A.
Two Harbour Place
302 Knights Run Ave., Suite 1000
Tampa FL 33602
(Tel) 813-229-7007
(Fax) 813-223-6544
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2021 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Michael S. Rywant*
Michael S. Rywant, Esquire
Florida Bar No.: 240354
Andrew F. Russo, Esquire
Florida Bar No.: 508594
*Attorneys for Defendant*