IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-81739-DMM

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

FIVE STAR FOODS, LLC d/b/a BETER
THAN A BISTRO and TIMOTHY
DOSSANTOS,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and defendants Five Star Foods, LLC d/b/a Better Than a Bistro and Timothy Dossantos (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Respectfully submitted on February 10, 2022.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228 | RYWANT, ALVAREZ, JONES, RUSSO &<br>GUYTON, P.A.<br>302 Knights Run Avenue<br>Suite 1000<br>Tampa, FL 33602 |

| | |
|---|---|
| dan@copycatlegal.com <br> james@copycatlegal.com | Telephone: (813) 229 7007 <br> msrywant@rywantalvarez.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: /s/ Daniel DeSouza, Esq._____ <br>     Daniel DeSouza, Esq. <br>     Florida Bar No.: 19291 | By: /s/  Michael S. Rywant, Esq._____ <br>     Michael S. Rywant, Esq. <br>     Florida Bar No.: 240354 <br>     Andrew F. Russo <br>     Florida Bar No. 508594 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___

Daniel DeSouza